# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| CORIZON HEALTH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV417-012 |
| | ) | |
| CARL FAULKS, M.D., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

In June 2017, the case was stayed pending resolution of defendant's voluntary bankruptcy proceedings. Docs. 13 & 14. The bankruptcy action having since ended, *see In re Carl Faulks*, No. 17-40920 (Bk. S.D. Ga.) (terminated October 26, 2018), the stay in this case is **LIFTED**. The parties are **ORDERED** to meet and confer and, within 21 days of service of this Order, submit their joint status report apprising the Court of the current status of this litigation and a proposed Scheduling Order, if any. The Court notes that plaintiff's motion for default judgment remains pending and unopposed on the docket. Doc. 10. The parties are **DIRECTED** to advise the Court whether that motion is now ripe for ruling.

**SO ORDERED,** this  25th  day of March, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA